AARON D. FORD
  Attorney General
ANDREA M. DOMINGUEZ, Bar No. 15209
  Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1163
E-mail: adominguez@ag.nv.gov

*Attorneys for Defendants*
*Kerry Mccullough and Perry Russell*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MURRY MCKINLEY,<br><br>            Plaintiff,<br><br>vs.<br><br>KERRY MCCULLOUGH, et al.,<br><br>           Defendants. | Case No.  3:20-cv-00344-MMD-WGC<br><br>**STIPULATION AND ORDER OF DISMISSAL, WITH PREJUDICE** |

It is stipulated and agreed by and between Plaintiff, Murry McKinley, in pro per, and by defendants, Kerry Mccullough and Perry Russell, that the above-captioned matter be dismissed with prejudice, and that each party will bear their own attorneys' fees and costs, pursuant to the settlement terms agreed upon at the Continued Mediation Conference which concluded on October 29, 2020.

DATED November 23, 2020.

*[signature]*
Murry McKinley
*Plaintiff Pro Se*

DATED Nov. 25, 2020.
Aaron D. Ford Nevada Attorney General

*[signature]* M. Martin for A. Dominguez #13267
Andrea M. Dominguez (Bar No. 15209)
Deputy Attorney General
Office of the Nevada Attorney General
100 N. Carson Street
Carson City, Nevada 89701
*Attorneys for NDOC Defendants*

*McKinley v. Mccullough, et al.*, Case No. 3:20-cv-00344-MMD-WGC

**ORDER**

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED November 30, 2020.

_____
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 25th day of November 2020, I caused to be served a copy of the foregoing, **STIPULATION AND ORDER OF DISMISSAL, WITH PREJUDICE** by U.S. District Court CM/ECF Electronic Filing to:

Murry Scott McKinley #92604
Care of NNCC Law Librarian
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702
lawlibrary@doc.nv.gov

*[signature]*
An employee of the
Office of the Attorney General

2